IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ALIA MORRIS HOUSTON                    :        CHAPTER 13
                                       :
      Debtor.                          :        CASE NO.: 18-58351-LRC

                                       :

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004**

      This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on May 18, 2018 (Doc. No. 2) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Capital One
15000 Capital One Dr
Richmond, VA 23238

Corporation Service Company
40 Technology Parkway South Suite 300
Norcross, GA 30092

DATED: May 18, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339