IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:

SHAQUINA YVETTE JOHNSON HODGES:      CHAPTER 13
:
    Debtor.      :      CASE NO.: 18-41109-BEM

:

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004**

    This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on May 18, 2018 (Doc. No. 11) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Santander Consumer USA, Inc

1601 Elm Street Suite 800

Dallas, TX 75201

C T Corporation System (Registered Agent For Santander Consumer USA, Inc)

289 S Culver Street

Lawrenceville, GA 30046

DATED: May 18, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339